NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ANTHONY KATSOUROS,**
*Petitioner,*

**v.**

**OFFICE OF THE ARCHITECT OF THE CAPITOL**
AND **OFFICE OF COMPLIANCE,**
*Respondents.*

2014-6001

———————————

Petition for review of a decision of the Board of Directors of the Office of Compliance in No. 09-AC-10.

------------------------------------------------------------

**OFFICE OF THE ARCHITECT OF THE CAPITOL,**
*Petitioner,*

**v.**

**OFFICE OF COMPLIANCE,**
*Respondent.*

———————————

2014-6002

———————————

Petition for review of a decision of the Board of Directors of the Office of Compliance in No. 07-AC-48.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of the parties' joint motion to dismiss petition no. 2014-6002,

IT IS ORDERED THAT:

(1)  The motion to dismiss petition no. 2014-6002 is granted.  Petition no. 2014-6002 is dismissed.  Each side shall bear its own costs in petition no. 2014-6002.

(2)  The revised official caption in 2014-6001 is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

ISSUED AS A MANDATE (As to 2014-6002 only):

August 25, 2014